WAWD - Certificate of Service (Revised 12/27/12)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

OSCAR LEE OLIVE, IV

      Plaintiff(s),

v.

HAYLEY MARIE ROBINSON and
JUSTUS KEPEL

      Defendant(s).

Case No.  2:18-cv-00862-MJP

**CERTIFICATE OF SERVICE**

I hereby certify that on  7/30/2018  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hayley Marie Robinson (irelandrosemarie@gmail.com)

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Justus Kepel 5104 93rd Pl. SW, Mukilteo, Washington 98275

Dated    Jul 30, 2018

s/ OSCAR LEE OLIVE, IV

Sign or  use a "s/" and your name

Oscar Olive (Plaintiff)
7340 NW 44th Ct.
Ft. Lauderdale, FL 33319
(850) 319-9023

Name, Address and Phone Number of Counsel or Pro Se

**CERTIFICATE OF SERVICE**

Page  of