UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR LEE OLIVE, IV, <br><br> Plaintiff, <br><br> v. <br><br> HAYLEY MARIE ROBINSON, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-00862-MJP <br><br> NOTICE OF APPEARANCE |

TO:        Clerk of the Court;

AND TO:    Plaintiff OSCAR LEE OLIVE, IV;

AND TO:    Defendant HAYLEY MARIE ROBINSON

PLEASE TAKE NOTICE that defendant JUSTUS KEPPEL (named in the Complaint herein as JUSTUS KEPEL) hereby appears in the above-referenced cause by the undersigned attorney and, without waiving any objections as to improper service, process, jurisdiction, venue, or any other Fed. R. Civ. P. 12 insufficiencies, requests that all further papers and pleadings herein, except original process, be served upon this office at the address below stated.

DATED this 7th day of August, 2018.

Law Offices of Alan S. Middleton PLLC
Attorneys for Justus Keppel

By: /s/ Alan S. Middleton

NOTICE OF APPEARANCE — 1

LAW OFFICES OF
ALAN S. MIDDLETON PLLC
10605 SE 240th St. PMB 444
Kent, Washington 98031
(206) 533-0490

```
                              Alan S. Middleton, WSBA No. 18118
                              10605 SE 240th St. PMB 444
                              Kent, WA 98031
                              Tel: (206) 533-0490
                              alanscottmiddleton@comcast.net
```

## CERTIFICATE OF SERVICE

Alan S. Middleton states:

I certify that on this day I served the foregoing on counsel and/or parties as follows:

> Oscar Lee Olive, IV, Plaintiff pro per
> 7340 NW 44th Court
> Fort Lauderdale, FL 33319
> Tel: (850) 319-9023
> Email: oscar.l.olive@gmail.com

By Email

> Hayley Marie Robinson, Defendant
> 487 Westerly Road No. 102
> Bellingham, WA 98226
> Email: irelandrosemarie@gmail.com

Dated this 7th day of August, 2018, at Renton, Washington.

*/s/ Alan S. Middleton*
Alan S. Middleton

NOTICE OF APPEARANCE — 2

LAW OFFICES OF
ALAN S. MIDDLETON PLLC
10605 SE 240th St. PMB 444
Kent, Washington 98031
(206) 533-0490