# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OSCAR LEE OLIVE IV, | CASE NO. C18-862 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HAYLEY MARIE ROBINSON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The original complaint in the above-entitled matter was filed on June 14, 2018. (Dkt. No. 4.) Plaintiff is representing himself *pro se*; originally, both defendants (Hayley Robinson and Justus Kepel) were *pro se*, but Mr. Kepel is represented by counsel as of August 7, 2018. (Dkt. No. 15.)

On July 12, 2018, Ms. Robinson filed a Motion to Dismiss which was noted for August 3, 2018. (Dkt. No. 8.) Although Plaintiff filed no response to the Motion to Dismiss, he did file a

First Amended Complaint for Damages on July 30, 2018, along with a Certificate of Service on both defendants. (Dkt. No. 11.)

The Court will treat the First Amended Complaint as the operative document in this lawsuit. As Defendant Robinson's Motion to Dismiss concerns the original complaint and is not addressed to the amended complaint, the Court will (on its own motion) STRIKE the pending motion to dismiss and indicate that Defendants are free to file a motion to dismiss which addresses the First Amended Complaint.

As both Plaintiff and one of the Defendants are representing themselves *pro se*, the Court refers them to the website for the Western District of Washington; specifically, that portion of the website devoted to the topic of "Representing Yourself:

http://www.wawd.uscourts.gov/representing-yourself-pro-se

Prosecuting and defending a lawsuit in federal court is not an easy task; those parties without counsel are encouraged to utilize all the resources available to accomplish the task before them.

The clerk is ordered to provide copies of this order to all unrepresented parties and to all counsel.

Filed August 8, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk