UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR LEE OLIVE, IV,<br><br>    Plaintiff,<br><br>v.<br><br>HAYLEY MARIE ROBINSON, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-00862-MJP<br><br>**ANSWER OF JUSTUS KEPPEL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES** |

  Defendant Justus Keppel ("Keppel") answers the Plantiff's First Amended Complaint for Damages ("Complaint") as follows. Unless a factual allegation is explicitly admitted below, it is denied. Answers correspond to the numbered paragraphs of the Complaint.

### I.   ANSWER

  1.   Keppel lacks knowledge or information sufficient to form a belief about the truth of the allegations asserted in paragraph 1 and therefore denies them.

  2.   Admitted.

  3.   Admitted that this defendant's name is Justus Keppel and that he resides in Western Washington.

  4.   Keppel lacks knowledge or information sufficient to form a belief about the truth of the allegations asserted in paragraph 4 and therefore denies them.

LAW OFFICES OF
ALAN S. MIDDLETON PLLC
10605 SE 240th St. PMB 444
Kent, Washington 98031
(206) 533-0490

5. Keppel lacks knowledge or information sufficient to form a belief about the truth of the allegations asserted in paragraph 5 and therefore denies them.

6. Keppel lacks knowledge or information sufficient to form a belief about plaintiff's residence, except that plaintiff is not a resident of Washington. Keppel admits that this Court has diversity jurisdiction in this matter.

7. Admitted.

8. Admitted.

9. Keppel admits the first sentence but denies the balance of the allegations stated in paragraph 9.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied as to Keppel; Keppel lacks knowledge or information sufficient to form a belief about the truth of the balance of the allegations asserted in paragraph 15 and therefore denies them.

16. Denied.

17. Keppel lacks knowledge or information sufficient to form a belief about the truth of the allegations asserted in paragraph 17 and therefore denies them.

18. Denied.

19. Keppel lacks knowledge or information sufficient to form a belief about the truth of the allegations asserted in paragraph 19 and therefore denies them.

20. Denied.

21. Keppel incorporates his answers to paragraphs 1-20 as set forth above.

22. Denied.

23. Denied.

ANSWER (KEPPEL) — 2

LAW OFFICES OF
ALAN S. MIDDLETON PLLC
10605 SE 240th St. PMB 444
Kent, Washington 98031
(206) 533-0490

| | | |
|---|---|---|
| 1 | 24. | Denied. |
| 2 | 25. | Denied. |
| 3 | 26. | Keppel incorporates his answers to paragraphs 1-20 as set forth above. |
| 4 | 27. | Denied. |
| 5 | 28. | Denied. |
| 6 | 29. | Denied. |
| 7 | 30. | Denied. |
| 8 | 31. | Denied. |
| 9 | 32. | Denied. |
| 10 | 33. | Denied. |
| 11 | 34. | Paragraph 34 is not a factual allegation and therefore requires no answer. |

## II. AFFIRMATIVE DEFENSES

Keppel asserts the following affirmative defenses:

1. Some or all of plaintiff's claims are barred by applicable statutes of limitation.

2. Keppel reserves the right to assert other affirmative defenses as discovery proceeds.

DATED this 19th day of September, 2018.

Law Offices of Alan S. Middleton PLLC
Attorneys for Justus Keppel

By: _____
Alan S. Middleton, WSBA No. 18118
10605 SE 240th St. PMB 444
Kent, WA 98031
Tel: (206) 533-0490
alanscottmiddleton@comcast.net

ANSWER (KEPPEL) — 3

LAW OFFICES OF
ALAN S. MIDDLETON PLLC
10605 SE 240th St. PMB 444
Kent, Washington 98031
(206) 533-0490

## CERTIFICATE OF SERVICE

Alan S. Middleton states:

I certify that on this day I served the foregoing on counsel and/or parties as follows:

> Oscar Lee Olive, IV, Plaintiff pro per
> 7340 NW 44th Court
> Fort Lauderdale, FL 33319
> Tel: (850) 319-9023
> Email: oscar.l.olive@gmail.com

> By Email

> Hayley Marie Robinson, Defendant
> 487 Westerly Road No. 102
> Bellingham, WA 98226
> Email: irelandrosemarie@gmail.com

Dated this 19th day of September, 2018, at Renton, Washington.

_____
Alan S. Middleton

ANSWER (KEPPEL) — 4

LAW OFFICES OF
ALAN S. MIDDLETON PLLC
10605 SE 240th St. PMB 444
Kent, Washington 98031
(206) 533-0490