# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

District of

Division

| | |
|---|---|
| OSCAR LEE OLIVE<br>*Plaintiff(s)*<br><br>-v-<br><br><br><br><br><br>JUSTUS PAUL KEPPEL, *et al.,*<br>*Defendant(s)* | Case No.  2:18-cv-00862-MJP<br><br>**ANSWER OF HAYLEY ROBINSON TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES** |

Defendant Hayley M. Robinson ("Robinson") answers the Plaintiff's First Amended Complaint for Damages as follows. Unless a factual allegation is explicitly admitted below, it is denied. Answers correspond to the numbered paragraphs of the Complaint.

## I. ANSWER

1. Robinson lacks knowledge or information sufficient to form a firm belief about the truth of the allegations in paragraph 1, therefore denies them.

2. Admitted that defendants name is Hayley M. Robinson and resides at 487 Westerly Rd APT 102 Bellingham WA, 98226.

3. Robinson lacks knowledge or information sufficient to form a firm belief about the truth of the

allegations in paragraph 3, therefore denies them.

4. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 4, therefore denies them.

5. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 5, therefore denies them.

6. Robinson admits reporting the Plaintiff to the police and social media as well as being involved with the NCIS investigation, but denies that it was done maliciously.

7. Admitted.

8. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 8, therefore denies them.

9. Robinson admits the first sentence but denies the rest of paragraph 9.

10. Denied.

11. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 11, therefore denies them.

12. Denied.

13. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 13, therefore denies them.

14. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 14, therefore denies them.

15. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 15, therefore denies them.

16. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 16, therefore denies them.

17. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 17, therefore denies them.

18. Denied.

19. Denied.

20. Robinson incorporates her answers to paragraphs 1-20 as set forth above

21. Denied.

22. Denied.

23. Denied.

24. Robinson incorporates her answers to paragraphs 1-20 as set forth above

25. Denied.

26. Denied.

27. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 27, therefore denies them.

28. Robinson incorporates her answers to paragraphs 1-20 as set forth above

29. Denied.

30. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 30, therefore denies them.

31. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 31, therefore denies them.

32. Denied.

33. Denied.

34. Robinson incorporates her answers to paragraphs 1-20 as set forth above

35. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 35, therefore denies them.

36. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 36, therefore denies them.

37. Denied.

38. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 38, therefore denies them.

39. Robinson lacks knowledge or information sufficient to form a firm belief about the allegations in paragraph 39, therefore denies them.

40. Paragraph 40 is not a factual allegation and therefore requires no answer.

## II. AFFIRMATIVE DEFENSES

Robinson asserts the following affirmative defenses:

1. Some or all of Plaintiff's claims are barred by applicable statute of limitations.

2. Robinson reserves the right to assert other affirmative defenses as discovery proceeds.

DATED: 19th September, 2018

Signed: Hayley M. Robinson