1

2

3

4

5

6

7

Hon. Brian A Tsuchida

8

9

**UNITED STATES DISTRICT COURT**

10

**WESTERN DISTRICT OF WASHINGTON**

11

**AT SEATTLE**

12

)        **Docket No.  2:18-cv-00862-BAT**

13    OSCAR LEE OLIVE, IV., an individual        )
                                                 )
14              Plaintiff,                        )
15         vs.                                    )
                                                 )
16    HAYLEY MARIE ROBINSON, an                   )
      individual,                                )
17                                                )
             and                                 )    **Plaintiff's Joinder of Additional**
18                                                )    **Parties.**
      JUSTUS KEPEL, an individual, and Does       )
19    1-20 inclusive                              )
20                                                )
                                                 )
21           Defendants.                          )
                                                 )
22                                                )
                                                 )
23    _____  )

24    Plaintiff Oscar Lee Olive, IV submits his response to the need of Additional Parties due

25    by the court. At this time no Joinder of Additional Parties is needed.

26

27

28    Plaintiff's Joinder of Additional        - 1 -        Oscar Olive (Plaintiff) Parties
                                                            101 N. Ocean Drive Suite 132
                                                            Hollywood, FL 33019
                                                            850-319-9023

1    Dated: January 3, 2019                              Respectfully submitted,

2

3

4

5

6                                                By:    _____

7                                                       Oscar Lee Olive, IV

8                                                       Plaintiff, In Pro Per

9                                                       Oscar.L.Olive@gmail.com

10                                                      (850) 319-9023

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Plaintiff's Joinder of Additional         - 2 -               Oscar Olive (Plaintiff) Parties
                                                                    101 N. Ocean Drive Suite 132
                                                                    Hollywood, FL 33019
                                                                    850-319-9023