1
2
3
4
5
6
7                                                                                          Hon. Brian A Tsuchida
8
9                                    UNITED STATES DISTRICT COURT
10                                   WESTERN DISTRICT OF WASHINGTON
11                                              AT SEATTLE
12
13   OSCAR LEE OLIVE, IV., an individual        )        **Docket No.  2:18-cv-00862-BAT**
                                                )
14           Plaintiff,                         )
                                                )
15       vs.                                    )
                                                )
16   HAYLEY MARIE ROBINSON, an                  )
     individual,                                )
17                                              )
         and                                    )        **Plaintiff's Amended Pleadings**
18                                              )
     JUSTUS KEPEL, an individual, and Does      )
19   1-20 inclusive                             )
                                                )
20                                              )
                                                )
21           Defendants.                        )
                                                )
22                                              )
                                                )
23   _____)
24   Plaintiff Oscar Lee Olive, IV submits his response to the need of Amended Pleadings due by the
     court. At this time no Amended Pleadings is needed.
25
26
27
28   Plaintiff's Amended Pleadings         - 1 -            Oscar Olive (Plaintiff) Parties
                                                            101 N. Ocean Drive Suite 132
                                                            Hollywood, FL 33019
                                                            850-319-9023

Dated: January 3, 2019 Respectfully submitted,

By: _____

Oscar Lee Olive, IV

Plaintiff, In Pro Per

Oscar.L.Olive@gmail.com

(850) 319-9023

Plaintiff's Amended Pleadings        - 2 -           Oscar Olive (Plaintiff) Parties
                                                     101 N. Ocean Drive Suite 132
                                                     Hollywood, FL 33019
                                                     850-319-9023