UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR LEE OLIVE, IV,<br><br>                  Plaintiff,<br><br>     v.<br><br>HAYLEY MARIE ROBINSON, JUSTUS KEPEL,<br><br>                  Defendants. | CASE NO. 2:18-cv-00862-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS TO COMPEL (DKTS. 36 AND 38)** |

       On April 1, 2019, Plaintiff Oscar Lee Olive filed a motion to compel Defendant Hayley Marie Robinson to respond to his interrogatories, requests for production and for admission. Dkt. 35, Ex. A; Dkt. 36. Defendant Robinson has filed no reply to the motion nor has she filed objections to the discovery requests.

       Plaintiff sent the written discovery requests to Defendant Robinson on January 28, 2019 and despite several follow-ups with Defendant Robinson, had not received responses at the time of filing his motion to compel. In their last communications on February 27, 2019 and March 3, 2019, Defendant Robinson promised to send her responses by March 8, 2019. Dkt. 35, Exs. B and C. It is not known at this time, whether Defendant Robinson has sent her responses to Plaintiff.

       On April 4, 2019, Plaintiff Oscar Lee Olive filed a motion to compel Defendant Justus

| | |
|---|---|
| 1 | Kepel to respond to his interrogatories, requests for production and for admission. Dkt. 38; Dkt. |
| 2 | 37, Ex. A. Defendant Kepel has filed no reply to the motion nor has he filed objections to the |
| 3 | discovery requests. |

Plaintiff sent the written discovery requests to Defendant Kepel on February 28, 2019 and had not received responses at the time of filing his motion to compel. On March 22, 2019, Defendant Kepel's attorney, Alan Middleton, assured Plaintiff that he would send the required discovery requests by the April 2, 2019 deadline. Dkt. 37, Ex. B. It is not known at this time, whether Defendant Kepel has sent his responses to Plaintiff.

Accordingly, it is **ORDERED:**

1) Plaintiff's motions to compel (Dkts. 36 and 38) are **GRANTED**;

2) If they have not already done so, Defendants Robinson and Kepel shall send their responses to Plaintiff's interrogatories, requests for production and for admission **by April 30, 2019**. If Defendants fail to do so, the Court may issue further just orders. *See* Fed. R. Civ P. 37(b)(2).

DATED this 23rd day of April, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge