UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR LEE OLIVE, IV,<br><br>                  Plaintiff,<br><br>   v.<br><br>HAYLEY MARIE ROBINSON, JUSTUS KEPEL,<br><br>                  Defendants. | CASE NO. 2:18-cv-00862-BAT<br><br>**ORDER RE-NOTING PLAINTIFF'S MOTION FOR SANCTIONS AND DIRECTING DEFENDANTS TO SHOW CAUSE** |

On April 23, 2019, this Court granted Plaintiff Oscar Lee Olive's motions to compel Defendants Hayley Marie Robinson and Justus Kepel (Dkts. 36 and 38) to respond to Plaintiff's interrogatories, requests for production and for admission. Dkt. 39. Defendants were ordered to send their responses to Plaintiff's interrogatories, requests for production and for admission by April 30, 2019. *Id.*

On June 6, 2019, Plaintiff filed a motion for sanctions because neither of the Defendants has complied with the Court's Order. Dkt. 47. Plaintiff noted his motion for the same day it was filed.

Accordingly, it is **ORDERED:**

1) The Clerk is directed to **re-note** Plaintiff's motion for sanctions for the Court's consideration on **June 21, 2019**.

ORDER RE-NOTING PLAINTIFF'S MOTION
FOR SANCTIONS AND DIRECTING
DEFENDANTS TO SHOW CAUSE - 1

2) Defendants Robinson and Kepel are **ORDERED TO SHOW CAUSE by June 17, 2019 as to** why this Court should not impose sanctions against them, including monetary sanctions or other just orders, which may include holding Defendants in contempt of court, rendering a default judgment against them, and ordering Defendants to pay Plaintiff's reasonable expenses caused by their failure to comply. *See* Fed. R. Civ P. 37(b)(2).

DATED this 7th day of June 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge