# United States District Court
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| OSCAR LEE OLIVE, IV, <br><br> Plaintiff, <br> v. <br><br> HAYLEY MARIE ROBINSON, JUSTUS KEPPEL, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. 2:18-cv-00862-BAT |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Default judgment is entered in Plaintiff's favor and against Defendant Justus Keppel only, as to Plaintiff's claims for defamation per se and for the intentional infliction of emotional distress. Plaintiff is awarded general damages in the amount of $10,000.00 against Defendant Justus Keppel.

Dated this 1st day of October, 2019.

WILLIAM M. MCCOOL    
Clerk of Court

s/Agalelei Elkington        
Deputy Clerk
