AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| OSCAR LEE OLIVE, IV. | ) |
| | ) |
| v. | ) Case No.: 2:18-cv-00862-BAT |
| HAYLEY MARIE ROBINSON | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __07/09/2021__ against __Hayley Marie Robinson__ ,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $         350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 275.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 125.35 |
| Fees and disbursements for printing . . P a c e r . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 296.10 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . Exhibit book printing/delivery . . . . . . . . . . . . . . . . . . . . | 823.40 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,675.00 |
| TOTAL   $ | 6,544.85 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|:---:|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:    /s Oscar Lee Olive, IV.

Name of Attorney:  Oscar Lee Olive, IV

For: _____Plaintiff_____          Date:   07/29/2021
*Name of Claiming Party*

| Taxation of Costs |
|:---:|

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
*Clerk of Court*                *Deputy Clerk*                *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | | |
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | **TOTAL** | | $0.00 | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).
**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

*ITEMIZATION FOR BILL OF COSTS*

I OSCAR LEE OLIVE, IV DECLARE AS FOLLOWS:

1. I have personal knowledge of the following facts and if called upon to testify under oath, I could and would do so competently to the following facts.

2. The filing fee **$350** for bankruptcy court adversary filing fee, necessary as the Defendant filed bankruptcy.  The case was tried in a Bankruptcy Court adversary proceeding, and then the case was returned to this District Court for final determination of damages. There was a fee waiver in the District Court I had forgotten about.

3. I paid **$275.00** for PI service of summons and location Defendant Robinson.

4. I paid **$125.35** for a transcript of the Bankruptcy Court's Judgment that was used by the District Court to finalize this case, lift the bankruptcy stay and permit the District court to award damages by motion. See receipt confirming payment for transcript.

5. **$296.10** was spent on Pacer court document fees.  See Pacer invoices attached.

6. **$823.40** was spent on printing and preparation of exhibit books for trial.

7. **$4675.00** was spend on private investigator services to prepare for trial, including video exhibit and audio exhibit preparation.  I deducted the $275 from total as it was listed under service of process fees.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed July 28, 2021 in Marathon, Florida

By:    *s/ Oscar Lee Olive, IV.*

APPEAL, AwaitClo

# U.S. Bankruptcy Court
## Western District of Washington (Seattle)
## Adversary Proceeding #: 19-01105-MLB

*Assigned to:* Marc Barreca                       *Date Filed:* 08/20/19
*Lead BK Case:* 19-11724
*Lead BK Title:* Hayley Marie Robinson
*Lead BK Chapter:* 7
*Demand:* $1500000

*Nature[s] of Suit:* 68 Dischargeability - 523(a)(6), willful and malicious injury

**Plaintiff**
-----------------------
**Oscar Lee Olive, IV**                 represented by **Larry B. Feinstein**
101 N. Ocean Dr. Ste 132                       Larry B. Feinstein
Hollywood, FL 33019                        2033 Sixth Avenue
                                          Ste 251
                                          Seattle, WA 98121
                                          206-223-9595
                                          Fax : 206-386-5355
                                          Email: 1947feinstein@gmail.com

V.

**Defendant**
-----------------------
**Hayley Marie Robinson,** *an individual*      represented by **Steven C. Hathaway**
487 Westerly Road #102                        Attorney at Law
Bellingham, WA 98226                        3811 Consolidation Ave
SSN / ITIN: xxx-xx-0287                      PO Box 2147
                                          Bellingham, WA 98227
                                          360-676-0529
                                          Email: shathaway@expresslaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 08/20/2019 | 1 (9 pgs) | Adversary case 19-01105. Complaint by Oscar Lee Olive IV against Hayley Marie Robinson. . Nature of Suit: (68 (Dischargeability - 523(a)(6), willful and malicious injury)) (CLC) Modified on 8/20/2019 - corrected party name (PBR). (Entered: 08/20/2019) |
| 08/20/2019 | | **Receipt of Adversary Filing Fee - $350.00 by CC. Receipt Number 231951. Olive** (admin) (Entered: 08/21/2019) |

# MAIL, COPY & MORE

**Sales Order**

1600-B SW Dash Point Rd
Federal Way, WA 98023
PH: 253-874-2790 / FAX: 253-874-7593
info@mailcopyandmore.com
www.mailcopyandmore.com

| NAME or COMPANY: | Olive Olive |
|---|---|
| CONTACT: | |
| EMAIL: | oscar.l.olive@gmail.com |
| PHONE: | PHONE 2: |

*\* Complex jobs may take longer to complete*    ***Standard Production: Allow 3 Business Days\****

| Date | Customer PO Number | Sales Rep | Date Needed | Time Needed | ✓ |
|---|---|---|---|---|---|
| 11/9/2020 | | Donn | Tue 11/10/2020 | Shipping | |

| Quantity | Product | Color / Weight / Size | Description | Unit Price | Ext Price | PLU |
|---|---|---|---|---|---|---|
| 3588 | Prints | 1/0 20#b 8.5x11" | Exhibits | $ 0.04 | $ 143.52 | 7107 |
| 144 | Prints | 4/0 20#b 8.5x11" | Exhibits | $ 0.18 | $ 25.92 | 7104 |
| 3732 | 3-Hole Punch | | | $ 0.01 | $ 37.32 | 7286 |
| 6 | Sets Tabs | | | $ 5.99 | $ 35.94 | 9771 |
| 6 | 3" Binders | | | $ 19.99 | $ 119.94 | 9772 |
| 6 | 1" Binders | | | $ 11.99 | $ 71.94 | 9773 |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| 23 | Layout / Set-up Fee | Administrative minutes - Collating | | $ 0.75 | $ 17.25 | 7278 |
| 1 | Postage / Shipping | FedEx | | $ 112.60 | $ 112.60 | FX |

**Printing Terms:**

**Standard Production:**
Please allow 3 to 5 business days for production depending on the complexity.
Orders needing a quicker turnaround will incur a RUSH surcharge.

**Rush Production:**
RUSH orders will be permitted if our time and previous commitments allow. A 50% surcharge will be applied to all RUSH orders.

**Layout & Design:**
We offer Layout & Design for customers needing graphic design services. Layout & Design is billed at the designated flat rate as indicated on our rate sheet for each item. Layout & Design for specialized items that are not on our rate sheet will be billed at $60 per hour.

**Proofing:**
Custom print jobs created by Mail Copy & More will be proofed with the customer prior to printing to ensure accuracy. Reprinting due to errors which are found after proof has been approved by the customer will be billed at 50%.

**Print Ready:**
Files received for print from the customer are considered print ready. The customer assumes all responsibility for the accuracy of the file.

**Set-up:**
Set-up fees apply when a file is supplied to us from the customer and it is not 100% print ready or set-up for our equipment. Set-up fees range from $6 to $36 depending on the complexity required to make it print ready.

Checklist:
___Document Size
___Paper Color/Text.
___Paper Weight
___Logos/Artwork
___Copy Color(s)
___Finishing
___One or Both Sides
___Style Sample

| | |
|---|---|
| Sub-total | $ 564.43 |
| 10% Tax | $ 45.18 |
| Total Due | $ 609.61 |
| Amount Paid | $ - |
| Balance Due | $ 609.61 |

Special Instructions:

Ship FedEx to arrive Th 11/12/2020 by the end of business day.

# Oscar Olive

# MAIL, COPY & MORE

1600-B SW Dash Point Rd
Federal Way, WA 98023
PH: 253-874-2790 / FAX: 253-874-7593
info@mailcopyandmore.com
www.mailcopyandmore.com

## Sales Order

| NAME or COMPANY: | Oscar Olive |
|---|---|
| CONTACT: | |
| EMAIL: | oscar.l.olive@gmail.com |
| PHONE: | PHONE 2: |

**\* Complex jobs may take longer to complete**   **Standard Production: Allow 3 Business Days\***

| Date | Customer PO Number | Sales Rep | Date Needed | Time Needed | ✓ |
|---|---|---|---|---|---|
| 11/12/2020 | | Donn | Fri 11/13/2020 | Shipping | |

| Quantity | Product | Color / Weight / Size | Description | Unit Price | Ext Price | PLU |
|---|---|---|---|---|---|---|
| 1794 | Prints | 1/0 20#b 8.5x11" | Exhibits | $ 0.04 | $ 71.76 | 7107 |
| 72 | Prints | 4/0 20#b 8.5x11" | | $ 0.18 | $ 12.96 | 7704 |
| 1866 | 3-Hole Punch | | | $ 0.01 | $ 18.66 | 7286 |
| 3 | Legal Tabs | 1-14 Sets | | $ 5.99 | $ 17.97 | 9771 |
| 3 | 3" Binders | Black | | $ 19.99 | $ 59.97 | 9772 |
| 3 | 1" Binders | Black | | $ 11.99 | $ 35.97 | 9773 |
| | | *3 of 662-pages* | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | **CREDITS** | | $ - | $ - | |
| -102 | Prints | 1/0 20#b 8.5x11" | Exhibits 1-3 (3 sets) | $ 0.04 | $ (4.08) | 7107 |
| -102 | 3-Hole Punch | | | $ 0.01 | $ (1.02) | 7286 |
| -3 | Legal Tabs | 1-14 Sets | | $ 5.99 | $ (17.97) | 9771 |
| -3 | 1" Binders | Black | | $ 11.99 | $ (35.97) | 9773 |
| -1 | 50% of FedEx Overnight | | | $ 39.72 | $ (39.72) | FX |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| | | | | $ - | $ - | |
| 12 | Layout / Set-up Fee | Administrative Minutes - Collating | | $ - | N/C | |
| 1 | Courier Service | 40-mile Round Trip: $80 | | $ - | N/C | |
| 1 | Postage / Shipping | FedEx Overnight / Saturday Delivery | | $ 79.43 | $ 79.43 | FX |

**Printing Terms:**

**Standard Production:**
Please allow 3 to 5 business days for production depending on the complexity. Orders needing a quicker turnaround will incur a RUSH surcharge.

**Rush Production:**
RUSH orders will be permitted if our time and previous commitments allow. A 50% surcharge will be applied to all RUSH orders.

**Layout & Design:**
We offer Layout & Design for customers needing graphic design services. Layout & Design is billed at the designated flat rate as indicated on our rate sheet for each item. Layout & Design for specialized items that are not on our rate sheet will be billed at $60 per hour.

**Proofing:**
Custom print jobs created by Mail Copy & More will be proofed with the customer prior to printing to ensure accuracy. Reprinting due to errors which are found after proof has been approved by the customer will be billed at 50%.

**Print Ready:**
Files received for print from the customer are considered print ready. The customer assumes all responsibility for the accuracy of the file.

**Set-up:**
Set-up fees apply when a file is supplied to us from the customer and it is not 100% print ready or set-up for our equipment. Set-up fees range from $6 to $36 depending on the complexity required to make it print ready.

Checklist:
___Document Size
___Paper Color/Text.
___Paper Weight
___Logos/Artwork
___Copy Color(s)
___Finishing
___One or Both Sides
___Style Sample

| | |
|---|---|
| Sub-total | $ 197.96 |
| 10% Tax | $ 15.83 |
| Total Due | $ 213.79 |
| Amount Paid | $ - |
| Balance Due | $ 213.79 |

Special Instructions:

# Oscar Olive



# Invoice #21017

Jan 25, 2021

BILL TO

**Mr. Oscar Olive**
oscar.l.olive@gmail.com

FROM

**Dipti Patel**
7306 Danwood Dr
Austin, TX 78759
dbpatel1180@gmail.com
+1 8478484907

| INVOICE ITEMS | AMOUNT |
|---|---|
| Oscar Olive v. Robinson l Adversary in In re: Hayley Marie Robinson l 2:19-bk-11724-MLB l 1-7-2021 Oral Ruling l 3-Day Transcript Request (Deposit Received) | -$252.61 |
| Processing Fee of 3% for Credit Card Transactions | $7.36 |
| Oscar Olive v. Robinson l Adversary in In re: Hayley Marie Robinson l 2:19-bk-11724-MLB l 1-7-2021 Oral Ruling l 3-Day Request (Final Transcript Delivered) <br> 23 units x $5.45/unit | $125.35 |

# -$119.90

PAYMENT DUE  **FEB 24, 2021**

MESSAGE
Thank you for your continued business and support. Be safe
and be well.

 PACER
Public Access to Court Electronic Records

# INVOICE

Invoice Date:  01/07/2020
Usage From:   10/01/2019        to: 12/31/2019

Account Summary

| | |
|---|---|
| **Account #:** | 5614616 |
| **Invoice #:** | 5614616-Q42019 |
| **Due Date:** | 02/10/2020 |
| **Amount Due:** | $70.30 |

| | |
|---|---|
| *Pages:* | 679 |
| Rate: | $0.10 |
| Subtotal: | $67.90 |
| *Audio Files:* | 1 |
| Rate: | $2.40 |
| Subtotal: | $2.40 |
| *Current Billed Usage:* | $70.30 |
| *Previous Balance:* | $0.00 |
| Current Balance: | **$70.30** |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

*Total Amount Due:*  $70.30

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

### PACER Users Gain More Free Access in 2020

As of January 1, PACER usage fees are waived if they total $30 or less. The April 2020 billing statement will reflect the new waiver.

This is an increase from the previous $15 or less per quarter, and it will result in more than 75 percent of users paying no quarterly fee.

To learn more about PACER fees, check the electronic public access fee schedule on the Resources page at pacer.gov.

The PACER Federal Tax ID is:
***74-2747938***

Questions about the invoice?
Visit **pacer.gov/billing**

---

*Please detach the coupon below and return with your payment.* **Thank you!**

 PACER
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 5614616 | 02/10/2020 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $70.30, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Oscar Lee Olive
101 North Ocean Dr. Suite 132
Hollywood, FL 33319



**Public Access to Court Electronic Records**

# INVOICE

Invoice Date:  01/06/2021
Usage From:  10/01/2020       to:  12/31/2020

## Account Summary

| | |
|---|---|
| **Account #:** | 5614616 |
| **Invoice #:** | 5614616-Q42020 |
| **Due Date:** | 02/10/2021 |
| **Amount Due:** | $43.90 |

| | |
|---|---|
| **Pages:** | 391 |
| Rate: | $0.10 |
| Subtotal: | $39.10 |
| **Audio Files:** | 2 |
| Rate: | $2.40 |
| Subtotal: | $4.80 |
| **Current Billed Usage:** | $43.90 |
| | |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$43.90** |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
*74-2747938*

Questions about the invoice?Visit
**pacer.uscourts.gov/billing**

| **Total Amount Due:** |  | **$43.90** |
|---|---|---|

### Five Courts Convert to NextGen in Q4

In the fourth quarter, five courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Michigan Western Bankruptcy
* Ohio Southern District
* Texas Western Bankruptcy
* Virginia Western District
* Wyoming District

Continue to check your court's website for more information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.*  **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 5614616 | 02/10/2021 | $43.90 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Oscar Lee Olive
101 North Ocean Dr. Suite 132
Hollywood, FL 33319



# PACER
### Public Access to Court Electronic Records

# INVOICE

Invoice Date:  04/06/2020

Usage From:  01/01/2020        to: 03/31/2020

**Account Summary**

| | |
|---|---|
| **Account #:** | 5614616 |
| **Invoice #:** | 5614616-Q12020 |
| **Due Date:** | 05/11/2020 |
| **Amount Due:** | $45.00 |

**Pages:** 450
Rate: $0.10
Subtotal: $45.00

**Audio Files:** 0
Rate: $2.40
Subtotal: $0.00

**Current Billed Usage:** $45.00

**Previous Balance:** $0.00

Current Balance: **$45.00**

**Total Amount Due:**  $45.00

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **pacer.gov/billing**

### Coming Soon: New PACER Website

A new pacer.gov website has been designed and developed to offer easier access to PACER and PACER-related applications. It also contains a library of common questions and additional information about PACER and electronic public access services.

The new site:
* Is mobile-friendly.
* Groups court-specific information all in one place.
* Provides an interactive way to find frequently asked questions.
* Features new accessibility tools.

The final phase of the pacer.gov project begins this month, with the goal of launching in June.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



# PACER
### Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 5614616 | 05/11/2020 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $45.00, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Oscar Lee Olive
101 North Ocean Dr. Suite 132
Hollywood, FL 33319



Public Access to Court Electronic Records

# STATEMENT OF ACCOUNT

Statement Date: 04/07/2021
Usage From: 01/01/2021 to: 03/31/2021

**Account Summary**

| | |
|---|---|
| **Pages:** | 54 |
| Rate: | $0.10 |
| Subtotal: | $5.40 |
| **Audio Files:** | 5 |
| Rate: | $2.40 |
| Subtotal: | $12.00 |
| **Current Billed Usage:** | $17.40 |
| Credit for Usage not Exceeding $30: | <$17.40> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

**Account #:** 5614616
**Statement #:** 5614616-Q12021

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am-6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the **Manage Your Account** section of the PACER Service Center website at **pacer.uscourts.gov.**

The PACER Federal Tax ID is: **74-2747938**

Questions about the statement? Visit **pacer.uscourts.gov/billing**

## No payment is due at this time.

### Eight Courts Convert to NextGen in Q1

In the first quarter, eight courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:
* California Northern Bankruptcy
* Delaware Bankruptcy
* Kentucky Eastern Bankruptcy
* Mississippi Northern District
* New York Eastern Bankruptcy
* Tennessee Western Bankruptcy
* Washington Eastern District
* Wisconsin Eastern Bankruptcy

Continue to check your court's website for more information on when it will convert to NextGen.

## This Statement of Account is for your information. This is not a bill.

## No payment is due at this time.

Usage for this account was $30 or less for this quarterly billing cycle. In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

*Visit pacer.uscourts.gov for address changes.*

5614616

Oscar Lee Olive
101 North Ocean Dr. Suite 132
Hollywood, FL 33319



Public Access to Court Electronic Records



**Public Access to Court Electronic Records**

# INVOICE

Invoice Date: 07/07/2020

Usage From: 04/01/2020   to: 06/30/2020

Account Summary

| | |
|---|---|
| **Account #:** | 5614616 |
| **Invoice #:** | 5614616-Q22020 |
| **Due Date:** | 08/10/2020 |
| **Amount Due:** | $31.60 |

| | |
|---|---|
| **Pages:** | 316 |
| Rate: | $0.10 |
| Subtotal: | $31.60 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $31.60 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$31.60** |

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is: *74-2747938*

Questions about the invoice? Visit **pacer.gov/billing**

**Total Amount Due:**  $31.60

### New PACER Website Launches

The fully updated and redesigned PACER website launched in June, and it offers several new features to improve the user experience. The new site provides easier access to PACER and PACER-related applications.

The PACER website:
* Is mobile-friendly.
* Groups court-specific information all in one place.
* Provides an interactive way to find frequently asked questions.
* Features new accessibility tools.

Visit https://pacer.uscourts.gov to check out the new design, and to sign up for PACER announcements and other email updates.

*Please detach the coupon below and return with your payment.* **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 5614616 | 08/10/2020 | $31.60 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Oscar Lee Olive
101 North Ocean Dr. Suite 132
Hollywood, FL 33319



**Public Access to Court Electronic Records**

# INVOICE

Invoice Date:  07/08/2021

Usage From:  04/01/2021      to: 06/30/2021

Account Summary

| | | |
|---|---|---|
| **Account #:** | | 5614616 |
| **Invoice #:** | | 5614616-Q22081 |
| **Due Date:** | | 08/10/2021 |
| **Amount Due:** | | $35.30 |

| | | |
|---|---|---|
| ***Pages:*** | | 353 |
| Rate: | | $0.10 |
| Subtotal: | | $35.30 |
| ***Audio Files:*** | | 0 |
| Rate: | | $2.40 |
| Subtotal: | | $0.00 |
| ***Current Billed Usage:*** | | $35.30 |
| ***Previous Balance:*** | | $0.00 |
| Current Balance: | | **$35.30** |

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is: ***74-2747938***

Questions about the invoice?Visit **pacer.uscourts.gov/billing**

| ***Total Amount Due:*** |  | $35.30 |
|---|---|---|

### 14 Courts Convert to NextGen in Q2

In the second quarter, 14 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Alabama Middle District
* California Central Bankruptcy
* Florida Middle District
* Illinois Central District
* Illinois Northern Bankruptcy
* JPML
* Maryland Bankruptcy
* Michigan Eastern Bankruptcy

* New York Bankruptcy
* Oklahoma Eastern Bankruptcy
* South Dakota District
* Utah Bankruptcy
* Vermont District
* Virginia Eastern District

Continue to check your court's website for more information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.*  ***Thank you!***



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 5614616 | 08/10/2021 | $35.30 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Oscar Lee Olive
101 North Ocean Dr. Suite 132
Hollywood, FL 33319



# INVOICE

Invoice Date: 10/07/2019

Usage From: 07/01/2019      to: 09/30/2019

## Account Summary

**Pages:** 700
Rate: $0.10
Subtotal: $70.00

**Audio Files:** 0
Rate: $2.40
Subtotal: $0.00

**Current Billed Usage:** $70.00

**Previous Balance:** $0.00

Current Balance: **$70.00**

| | |
|---|---|
| **Account #:** | 5614616 |
| **Invoice #:** | 5614616-Q32019 |
| **Due Date:** | 11/12/2019 |
| **Amount Due:** | $70.00 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **pacer.gov/billing**

## Total Amount Due:  $70.00

### Seven More Courts Convert to NextGen CM/ECF

During the third quarter of 2019, seven more courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system. To date, 60 courts have converted, and more will follow in the coming months. For more information and updates on NextGen conversion, please continue to check your court's website. Below is a list of the most recent NextGen courts:

· Guam Bankruptcy Court
· Michigan Western District Court
· Missouri Eastern Bankruptcy Court
· New Mexico Bankruptcy Court
· Oklahoma Eastern District Court
· Oklahoma Northern District Court
· U.S. Court of Federal Claims

---

*Please detach the coupon below and return with your payment.* **Thank you!**



| Account # | Due Date | Amount Due |
|---|---|---|
| 5614616 | 11/12/2019 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $70.00, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Oscar Lee Olive
7340 NW 44th Ct
Fort Lauderdale, FL 33319



Public Access to Court Electronic Records

# STATEMENT OF ACCOUNT

Statement Date: 10/07/2020
Usage From: 07/01/2020 to: 09/30/2020

**Account Summary**

| | |
|---|---|
| **Pages:** | 69 |
| Rate: | $0.10 |
| Subtotal: | $6.90 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $6.90 |
| Credit for Usage not Exceeding $30: | <$6.90> |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$0.00** |

**Account #:** 5614616
**Statement #:** 5614616-Q32020

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am-6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the **Manage My Account** section of the PACER Service Center website at **pacer.gov.**

The PACER Federal Tax ID is: **74-2747938**

Questions about the statement?
Visit **pacer.gov/billing**

## No payment is due at this time.

### New PACER Website Launches

The fully updated and redesigned PACER website launched in June, and it offers several new features to improve the user experience. The new site provides easier access to PACER and PACER-related applications.

The PACER website:
* Is mobile-friendly.
* Groups court-specific information all in one place.
* Provides an interactive way to find frequently asked questions.
* Features new accessibility tools.

Visit https://pacer.uscourts.gov to check out the new design, and to sign up for PACER announcements and other email updates.

## This Statement of Account is for your information. This is not a bill.

## No payment is due at this time.

Usage for this account was $30 or less for this quarterly billing cycle.  In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

*Visit pacer.gov for address changes.*

5614616



Public Access to Court Electronic Records

Oscar Lee Olive
101 North Ocean Dr. Suite 132
Hollywood, FL 33319

# LITIGATION INVESTIGATORS

DIGITAL FORENSICS ☖ SURVEILLANCE ☖ PROCESS SERVICE

## Invoice # 1021

Date: 09/15/2019

## Bill To

Oscar L. Olive

## For

Olive v. Robinson 19-01105-MLB

| Item Description | Amount |
|---|---|
| Background Locate Report Hayley Marie Robinson | $275.00 |
| Arrange and Payment for Service of Process of Summons | $275.00 |
| Preparation Of Facebook Videos for Trial | $450.00 |
| Download and Prepare Audio Voice Calls for Trial Exhibits | $650.00 |
| Locate Witnesses (Hogan and Franklin) | $250.00 |
| Investigative Research on Facebook postings 25 Hours | $1,975.50 |
| eMail and Phone call  trace for trial use (Exhibits) | $750.00 |
| Social Media Posts Forensic Search Defendant Robinson | $350.00 |
| Social Media Forensic Search Defamatory content Plaintiff | $350.00 |
| Discount for Case Consult | -$375.00 |
| Subtotal | $4,950.50 |
| Tax Rate | |

| Other Costs | |
|---|---|
| Total Cost | $4,950.50 |

Make all checks payable to Litigation Investigators

Litigation Investigators CA-PI#27104

7451 Warner Ave #E-191 Huntington Beach, CA 92647
714-794-2779